UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUY E. MONROE,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

CASE NO. C17-5444-RSL-MAT

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 15.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall reconsider the claimant's residual functional capacity, the vocational expert's testimony, and the finding at step five. The ALJ shall also develop the record and re-evaluate, as necessary, the claimant's impairments, the medical evidence, the claimant's statements, and the lay witness

REPORT AND RECOMMENDATION
PAGE - 1

evidence.

The Court recommends United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 28th day of November, 2017.

Mary Alice Theiler
United States Magistrate Judge